# IN THE SUPREME COURT OF THE STATE OF NEVADA

DERRICK AVERY,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 69800

**FILED**

APR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion to correct and/or void judgment of sentence as nullity at law. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This district court has transmitted to this court an order disqualifying itself, vacating the orders appealed from, and reassigning appellant's case to be heard by a different district court department. Accordingly, we conclude that this appeal is premature (*see* NRAP 4(a)(6)), and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. William D. Kephart, District Judge
Derrick Avery
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk